UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Jimmy Dewayne Eason, et al.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.  4:12-cv-00678-MLM |
| **Kenneth Deline, et al.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On April 13, 2012, the above styled cause was inadvertently assigned a case number for the Eastern Division of the Eastern District of Missouri.  Upon closer examination, it has been determined that the case should have been filed as a Southeastern Division case.  Therefore, a Southeastern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Honorable Stephen N. Limbaugh, Jr, U.S. District Judge.

Dated this 16th day of April, 2012.

James G. Woodward, Clerk of Court

By: /s/ Karen Moore, Deputy Clerk

**In all future documents filed with the Court, please use the following case number:
1:12-cv-00059-SNLJ.**